UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN OCHEI,

                Plaintiff,

        -against-                      19-CV-3700 (CM)

ALAN LAPES' 317 ALADDIN HOTEL        CIVIL JUDGMENT
CORPORATION; and NYC DEPT. OF
HOMELESS SERVICES,

                Defendants.

Pursuant to the order issued January 31, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), and as barred by the Anti-Injunction Act and the *Younger* abstention doctrine.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 31, 2020
           New York, New York

                                                        COLLEEN McMAHON
                                                        Chief United States District Judge